# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 17-07131-RGK-RAO;<br>CV 17-07760-RGK-RAO | Date: | February 21, 2018 |
| Title: | Darnell Black, Sr. v. A. Lopez, et al.; Darnell Black, Sr. v. Rios, et al. | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Sandra L. Butler | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE RE: SETTLEMENT**

On January 17, 2018, a verbal settlement was reached in *Black v. Rowland*, Eastern District of California case number 2:17-cv-00006-KJM-KJN. This settlement also resolved three of Plaintiff's Central District cases: *Black v. Khodabakshyan*, case number 2:17-cv-00062-RGK-RAO; *Black v. Lopez*, case number 2:17-cv-07131-RGK-RAO; and *Black v. Rios*, 2:17-cv-07760-RGK-RAO.

On January 25, 2018, the Court ordered that dispositional documents in these matters be filed within 30 days of the date of settlement. A stipulation to dismiss was filed in *Black v. Khodabakshyan* on February 5, 2018, but to date, no documents have been filed in the instant cases.

In light of the foregoing, **IT IS HEREBY ORDERED** that Plaintiff must show cause in writing, on or **February 28, 2018**, why his cases *Black v. Lopez* and *Black v. Rios* should not be dismissed with prejudice pursuant to the terms of the settlement.

The Clerk is directed to serve a copy of this order on Deputy Attorney General Colin A. Shaff and Deputy Attorney General Danielle Rachel Hemple, counsel for the defendant in *Black v. Khodabakshyan*, case number 2:17-cv-00062-RGK-RAO.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Preparer | slb |